UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:14-cv-60649-JAL

JENNIFER LEE, on behalf of
herself and all others similarly situated,

        Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,
ASSURANT, INC., and AMERICAN
SECURITY INSURANCE COMPANY,

        Defendants.
_____/

**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE**
**DISCLOSURE STATEMENT OF OCWEN LOAN SERVICING, LLC**

Pursuant to the Court's Order of May 29, 2014, ECF No. 65, and Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Ocwen Loan Servicing, LLC (a private non-governmental party) hereby makes the following certifications.

**Counsel in the Case:**

1. Anderson & Stewart, LLP, Attorney for Plaintiff

2. Aronovitz Law, Attorney for Intervenors

3. Aronovitz, Tod N., Attorney for Intervenors

4. BuckleySandler LLP, Attorneys for Defendant Ocwen Loan Servicing, LLC

5. Burt, Franklin G., Attorney for Defendants Assurant Inc. and American Security Insurance Company

6. Bushman, Howard Mitchell, Attorney for Plaintiff

7. Carlton, Fields, Jorden, Burt, P.A., Attorneys for Defendants Assurant Inc. and

1

    American Security Insurance Company

8. Ciolko, Edward W., Attorney for Intervenors

9. Dhaliwal, Amanjot Singh, Attorney for Defendant Ocwen Loan Servicing, LLC

10. Fortson, Mary Kestenbaum, Attorney for Plaintiff

11. Golant, Jeffrey N., Attorney for Plaintiff

12. Golant, Margery Ellen, Attorney for Plaintiff

13. Gravante, John III, Attorney for Plaintiff

14. Gurian Group, P.A., Attorney for Plaintiff

15. Gurian, Joseph, Attorney for Plaintiff

16. Harke Clasby & Bushman LLP, Attorneys for Plaintiff

17. Harke, Lance August, Attorney for Plaintiff

18. Holland & Knight LLP, Attorneys for Defendant Ocwen Loan Servicing, LLC

19. Kessler, Topaz, Meltzer & Check, LLP, Attorney for Intervenors

20. Kozyak Tropin & Throckmorton, Attorneys for Plaintiff

21. Levin, Fredrick S., Attorney for Defendant Ocwen Loan Servicing, LLC

22. Lifshitz, Tal J., Attorney for Plaintiff

23. Margery E. Golant, P.A., Attorney for Plaintiff

24. Merlin Law Group, Attorneys for Plaintiff

25. Merten, W. Glenn, Attorney for Defendants Assurant Inc. and American Security Insurance Company

26. Moskowitz, Adam, Attorney for Plaintiff

27. Neary, Robert J., Attorney for Plaintiff

28. Nesmith, Roosevelt N., Attorney for Plaintiff

29. Perryman, Brian P., Attorney for Defendants Assurant Inc. and American Security Insurance Company

30. Podhurst Orseck, P.A., Attorneys for Plaintiff

31. Prieto, Peter, Attorney for Plaintiff

32. Ronzetti, Thomas A. Tucker, Attorney for Plaintiff

33. Roosevelt N. Nesmith, LLC, Attorneys for Plaintiff

34. Shaw, Sean Michael, Attorney for Plaintiff

35. Shepherd, William Newton, Attorney for Defendant Ocwen Loan Servicing, LLC

36. Slagle Peck, Jennifer A., Attorney for Defendant Ocwen Loan Servicing, LLC

37. Solotaroff, Jason L., Attorney for Plaintiff

38. Sullivan, Rachel, Attorney for Plaintiff

39. Toth, Brian W., Attorney for Defendant Ocwen Loan Servicing, LLC

40. Weinshall, Matthew, Attorney for Plaintiff

**Parties in the Case:**

41. American Security Insurance Company, Defendant

42. Assurant Inc., Defendant

43. Coulthurst, Gerald, Intervenor

44. Dominguez, Enrique, Intervenor

45. Engelhardt, Lisa Chamberlin, Intervenor

46. Erving, Frances, Intervenor

47. Erving, Johnnie, Intervenor

48. Heard, Sheila, Intervenor

49. Lee, Jennifer, Plaintiff

    50. Lyons, Jacqueline, Intervenor

    51. Lyons, Jimmy, Intervenor

    52. Ocwen Loan Servicing, LLC, Defendant

    53. Papapietro, Anthony, Intervenor

**Parent Corporations and Publicly Held Corporations that Own 10% or More of the Stock of Ocwen Loan Servicing, LLC:**

    54. Ocwen Mortgage Servicing, Inc.

Dated: June 13, 2014

Respectfully submitted,

<u>s/Brian W. Toth</u>
William N. Shepherd
Florida Bar No. 88668
William.shepherd@hklaw.com
Brian W. Toth
Florida Bar No. 57708
Brian.toth@hklaw.com
**Holland & Knight LLP**
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 789-7510
Facsimile: (305) 789-7799

Fredrick S. Levin (*pro hac vice*)
flevin@buckleysandler.com
**BuckleySandler LLP**
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Telephone: (310) 424-3984
Facsimile: (310) 424-3960

Jennifer A. Slagle Peck (*pro hac vice*)
jslaglepeck@buckleysandler.com
**BuckleySandler LLP**
1250 24th Street NW, Suite 700
Washington, DC 20037
Telephone: (202) 349-8000
Facsimile: (202) 349-8080

Attorneys for Ocwen Loan Servicing, LLC

## CERTIFICATE OF SERVICE

I certify that on June 13, 2014, I served copy of the foregoing with the Clerk of Court using CM/ECF, which will notify all counsel of record of the foregoing.

s/Brian W. Toth
Brian W. Toth
