**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 14-60649-GOODMAN**
**[CONSENT CASE]**

JENNIFER LEE, *et al.*, on behalf of
themselves and all others similarly
situated,

       Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC, *et al.*,

       Defendants.

_____/

**<u>SUR-REPLY DECLARATION OF REBECCA B. WALZAK IN SUPPORT OF MARGO
PERRYMAN'S OBJECTION TO CLASS ACTION SETTLEMENT</u>**

I, Rebecca B. Walzak, state and declare as follows:

1.       I have reviewed Ms. Lyle's statements and found her arguments misrepresented one of basic requirements of servicing.  For each escrow account the servicer must provide a yearly escrow analysis.  This document must show the amounts received from the borrower for each item escrowed as well as what is paid out. This is tracked on the payment screen which shows the amount of the principal and interest, taxes and each insurance.

2.       In order to meet regulatory requirements that an analysis of the escrow account be completed on an annual basis, the servicer must track all payments and disbursements.  In addition, the servicer must reconcile each escrow account at least yearly to determine if there are overages or shortages in the account.  During this process any shortages or overages must be reconciled to the balance in the account in order to complete the analysis and determine how much is owed for the next year.

3.       The fact is that every servicer has the necessary data to conduct the calculation of payments for taxes and insurance as acknowledged by Mr. Jastrzemski. This data would include such items as the amount of government assistance or lender paid amounts as well as funds contributed by the servicer.  While all this information is not necessarily contained in the escrow section of the system, it is retained within the comprehensive system.  The calculation then become a matter of simple math.  By downloading the data into a program to perform the calculations the amount paid by the borrowers for LPI would be determined.  The end result

\\
\\

1

would be the information necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of August 2015, in Deerfield Beach, Florida.

Rebecca B. Walzak