UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-60649-GOODMAN
[CONSENT CASE]

JENNIFER LEE, *et al.*, on behalf of
themselves and all others similarly
situated,

        Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC, *et al.*,

        Defendants.
_____/

**NOTICE OF APPEAL**

Settlement class member and objector Margo Perryman hereby appeals to the United States Court of Appeals for the Eleventh Circuit from: (a) the Final Judgment (Docket No. 185); (b) the Order Granting Final Approval to Class Action Settlement (Docket No. 184); (c) the Post Fairness Hearing Order (Docket No. 159); and (d) the Order Denying Settlement Class Member Margo Perryman's Motion for Discovery (Docket No. 145).

Dated: October 13, 2015                                        Respectfully submitted,


                                                               /s/ S. David Sheffman
                                                               S. David Sheffman
                                                               FBN: 717568
                                                               1111 Lincoln Rd., # 400
                                                               Miami Beach, FL 33139
                                                               Telephone: (305) 868-0727
                                                               Facsimile: (305) 861-4729
                                                               dsheff@sheffmanlaw.com

                                                               Barry Himmelstein
                                                               HIMMELSTEIN LAW NETWORK
                                                               2000 Powell St., Ste. 1605
                                                               Emeryville, CA 94608
                                                               Telephone: (510) 450-0782
                                                               Facsimile: (510) 924-0403
                                                               barry@himmellaw.com

                                                               Sheri L. Kelly
                                                               LAW OFFICE OF SHERI L. KELLY
                                                               31 E. Julian St.
                                                               San Jose, CA 95112
                                                               Telephone: (408) 287-7712
                                                               Facsimile: (408) 583-4249
                                                               slk@sherikellylaw.com

                                                               *Attorneys for Margo Perryman*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed on October 13, 2015 with the Clerk by using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated:  October 13, 2015

                                                Respectfully submitted,

                                                */s/ S. David Sheffman*
                                                S. David Sheffman
                                                FBN: 717568
                                                1111 Lincoln Rd., # 400
                                                Miami Beach, FL 33139
                                                Telephone: (305) 868-0727
                                                Facsimile: (305) 861-4729